UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY -2 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>SHARRAL LATOYA COUNCIL,<br><br>Defendants. | Case No. 19-mj-70666-MAG-1 (KAW)<br><br>Charging District: ED CR 19-741 (A) FMO<br><br>Charging District's Case No.: Central District of California |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Edward R. Roybal Federal Building<br>United States Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012 | Courtroom No.: 341, 3rd Floor<br><br>Date and Time: May 16, 2019 2:00 p.m. before the Magistrate Duty Judge |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 5/2/19

_Kandis Westmore_
Kandis A. Westmore
United States District Judge