STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Sharral Latoya Council

FILED

MAY 02 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARRAL LATOYA COUNCIL,<br><br>Defendant. | Case No.: CR 19–70666 MAG<br><br>[PROPOSED] ORDER TO PROVIDE TRANSPORTATION |

For good cause shown and in the interests of justice, it is hereby ORDERED pursuant to 18 U.S.C. § 4285, that the United States Marshals Service provide one way non-custodial transportation to Ms. Council for her court appearance in the United States District Court for the Central District of California, Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Courtroom 341, Los Angeles, California, on May 16, 2019 at 2:00 p.m.

IT IS SO ORDERED

Dated: 5/2/19

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER TO PROVIDE TRANSPORTATION
*COUNCIL*, CR 19–70666 MAG

1